

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00423-CV

| | | |
|---|---|---|
| INFRACON USA, LLC AND HORACIO LOPEZ MONTES, Appellants | § | On Appeal from County Court at Law No. 2 |
| v. | § | of Tarrant County (2018-008223-2) |
| | § | February 13, 2020 |
| FUNDING CIRCLE PARTNERS, LP, Appellee | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM